United States Bankruptcy Court
District of South Carolina

IN RE:

Darrell Wayne Samuel    C/A No:
                        15-04622-DD
        Debtor

V.

D. Haagenson, Facundo Bacardi,
And Sherry L. Haagenson Et Al...

FILED
JUN - 9 2016
United States Bankruptcy Court
Columbia, South Carolina

Notice to Appeal

Order Dismissing Debtor Chapter 13
on 6/01/16 Doc 51.

Respectfully Submitted

[signature]
Pro Se