AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina (Columbia)

| | |
|---|---|
| Darrell Wayne Samuel<br>*Plaintiff*<br>v.<br>Jenkins M Mann<br>*Defendant* | )<br>)<br>) Case No. 3:16-cv-01928<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Roger D. Haagenson, Facundo Bacardi and Sherry L. Haagenson as Trustees of the BACARDI FOUNDATION, created under a Declaration of Trust dated May 19, 1992, as amended by a First Amendment dated June 17, 1992 and as amended and restated in whole by Agreement dated August 11, 1993, Appellee

Date:   06/21/2016

s/ Jenkins M. Mann
*Attorney's signature*

Jenkins M. Mann, 74894
*Printed name and bar number*

1330 Lady Street
Suite 400
Columbia, SC 29201

*Address*

jmann@rogerslewis.com
*E-mail address*

(803) 978-2831
*Telephone number*

(803) 252-3653
*FAX number*

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 21st day of June, 2016, that he did serve via CM/ECF and/or U.S. Mail with postage prepaid and return address clearly indicated, a copy of a **NOTICE OF APPEARANCE** to the following:

Darrell Wayne Samuel
5120 A Monticello Road
Columbia, SC 29203
 *(Via U.S. Mail Only)*

                                                                    s/ Christopher L. Boguski
                                                                    Christopher L. Boguski, Associate Attorney

Columbia, South Carolina