IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Darrell Wayne Samuel, | ) | C/A No.: 3:16-1928-MBS |
| | ) | |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger D. Haagenson, Facundo Bacardi and Sherry L. Haagenson as Trustees of the Bacardi Foundation, | ) ) ) | ORDER |
| | ) | |
| Appellees. | ) ) | |

Darrell Wayne Samuel ("Appellant"), proceeding pro se, filed this appeal from the United States Bankruptcy Court for the District of South Carolina. On July 14, 2016, the court ordered Appellant to submit the appropriate filing fee, an amended notice of appeal, a designation of the items to be included in the record on appeal, and a statement of the issues to be presented. [ECF No. 8]. Appellant was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Appellant did not file a response. The court filed a second order on August 15, 2016, and ordered Appellant to submit the appropriate filing fee, an amended notice of appeal, a designation of the items to be included in the record on appeal, and a statement of the issues to be presented. [ECF No. 12]. Appellant was again warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on September 9, 2016, and Appellant did not file a response. As Appellant has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of

Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

September 13, 2016

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.