AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Darrell Wayne Samuel,  *Appellant*  v.  Roger D. Haagenson; Facundo Bacardi; Sherry L. Haagenson, as Trustee of the Bacardi Foundation,  *Appellees* | Civil Action No.   1:15-cv-04976-CMC-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the appellant *(name)* _____ recover from the appellee *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the appellant recover nothing, the action be dismissed on the merits, and the appellee *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the appellant, Darrell Wayne Samuel, shall take nothing of the appelles, Roger D. Haagenson; Facundo Bacardi; Sherry L. Haagenson, and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   September 14, 2016                                      ROBIN L. BLUME, CLERK OF COURT

                                                                          s/M. Walker
                                                              *Signature of Clerk or Deputy Clerk*